# EXHIBIT B

| US7916877B2 | YORKVILLE EXM400 ("The Accused Product") |
|---|---|
| 17. A method of operation for a switching component forming a part of a modular audio unit comprising an inter-unit communication component providing inter-unit communications with at least one peer system, comprising: | The accused product practices a method of operation for a switching component (e.g., the component of the accused product which switches the input source from an Stereo input to Bluetooth, or vice versa, among other possible switching scenarios) forming a part of a modular audio unit (e.g., the accused product) comprising an inter-unit communication component (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices) providing inter-unit communications (e.g., Bluetooth communication) with at least one peer system (e.g., a smartphone).<br><br><br><br>https://yorkville.com/loudspeakers/excursion/product/exm400/ |

## Introduction

Welcome to the EXM400, a compact PA system designed to be portable and versatile. Designed with enough features to handle live performances and small DJ gigs, the EXM400 is great choice when a full sized PA may not be appropriate.

Some features of the EXM400 include:

- Easy setup with internally wired speaker poles
- Scalable design allows system to grow to meet your needs
- Expandable with an additional pair of EXM400SAT satellite speakers
- Link port for connecting two EXM400 systems together
- Configurable for mono or stereo operation
- Bluetooth™ connection for streaming audio to the system
- Onboard 4-channel mixer with input settings for mic, guitar and line source
- DSP driven EQ and limiting
- Reverb control
- Multiband limiting for increased system output
- 2 x 75 watt amplifiers for the satellite speakers and 250 watts for the sub
- Clip LEDs on all critical signal inputs
- Balanced stereo line outputs

https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591



### Channel 3/4

**1. Input**
Line level signals can be connected to either of the TRS phone jacks or the 1/8-inch stereo input jack on Channel 3/4. The 1/4-inch jacks can accept either balanced or unbalanced signals. If only one of the 1/4-inch jacks is used, the channel self configures for mono playback.

*If a stereo source is connected but the EXM400 is setup in a mono configuration, the signal from Channel 3/4 will automatically be summed to mono.*

**2. Level Control**
The EXM400 features active channel input circuitry with exceptionally high audio headroom. The Level control adjusts the channel gain over an 85 dB range. Use this control to adjust the channel's level in the overall system mix.

**3. Tone Controls**
Channel 3/4 is equipped with a pair of tone controls for enhancing the channel's signal. The treble and bass controls allow for a +/- 6 dB adjustment at 2000 and 110 Hz respectively. When placed at the center position, these controls are bypassed.

https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591

| | |
|---|---|
| | **Bluetooth™ Section**<br>The EXM400 is capable of receiving streaming audio over Bluetooth™ from devices such as smartphones and laptops. Pairing your device with the EXM400 is simple and gives you the freedom to play your music wirelessly.<br><br>**1. Pairing / Bluetooth™ Enable Button**<br>When the Enable Button is depressed, the Bluetooth™ audio connection is available for pairing. Conversely, to block incoming connections or break a current connection, switch to the off position.<br>  With the Enable Button depressed, go to the Bluetooth™ menu on your streaming audio device. You will see a device named "YS-####" where #### indicates a four digit number unique to your EXM400. Select this device to initiate pairing. Once you see the "YS-####" device connected, you will be able to stream audio to the EXM400.<br><br>**2. Bluetooth™ Status Indicator**<br>The blue status indicator alerts the user to the current status of the Bluetooth™ connection. A fast blinking light indicates an available, unpaired connection. Clusters of three short bursts mean there is an active connection. No light means that Bluetooth™ is disabled or a connection has been lost.<br><br>**3. Bluetooth™ Level Control**<br>Use this control to set the audio level for the Bluetooth™ connection. Level can also be controlled directly at your streaming device.<br><br>The EXM400's Bluetooth™ operating range is rated for 10 meters (33 feet) line of sight. The quality of the link can be affected by an excess of traffic in the 2.4 GHz bandwidth or structures between the EXM400 and the streaming device.<br><br>https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591 |
| receiving first signals corresponding to first entertainment content from a player device; | The accused product practices receiving first signals (e.g., Stereo signals) corresponding to first entertainment content (e.g., content from portable audio player via Stereo input) from a player device (e.g., a portable audio device). |

## Introduction

Welcome to the EXM400, a compact PA system designed to be portable and versatile. Designed with enough features to handle live performances and small DJ gigs, the EXM400 is great choice when a full sized PA may not be appropriate.

Some features of the EXM400 include:

- Easy setup with internally wired speaker poles
- Scalable design allows system to grow to meet your needs
- Expandable with an additional pair of EXM400SAT satellite speakers
- Link port for connecting two EXM400 systems together
- Configurable for mono or stereo operation
- Bluetooth™ connection for streaming audio to the system
- Onboard 4-channel mixer with input settings for mic, guitar and line source
- DSP driven EQ and limiting
- Reverb control
- Multiband limiting for increased system output
- 2 x 75 watt amplifiers for the satellite speakers and 250 watts for the sub
- Clip LEDs on all critical signal inputs
- Balanced stereo line outputs

https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591



### Channel 3/4

**1. Input**
Line level signals can be connected to either of the TRS phone jacks or the 1/8-inch stereo input jack on Channel 3/4. The 1/4-inch jacks can accept either balanced or unbalanced signals. If only one of the 1/4-inch jacks is used, the channel self configures for mono playback.

*If a stereo source is connected but the EXM400 is setup in a mono configuration, the signal from Channel 3/4 will automatically be summed to mono.*

**2. Level Control**
The EXM400 features active channel input circuitry with exceptionally high audio headroom. The Level control adjusts the channel gain over an 85 dB range. Use this control to adjust the channel's level in the overall system mix.

**3. Tone Controls**
Channel 3/4 is equipped with a pair of tone controls for enhancing the channel's signal. The treble and bass controls allow for a +/- 6 dB adjustment at 2000 and 110 Hz respectively. When placed at the center position, these controls are bypassed.

https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591

As shown below, the player device (e.g., the portable audio device) can be selected as an input to the accused product.

| | |
|---|---|
| | <br>https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591 |
| receiving second signals corresponding to second entertainment content from the inter-unit communication component; and | The accused product practices receiving second signals (e.g., audio signals via Bluetooth from a smartphone) corresponding to second entertainment content (e.g., audio content from the Bluetooth paired smartphone) from the inter-unit communication component (e.g., Bluetooth chip of EXM400 for communication with other Bluetooth devices). |



https://yorkville.com/loudspeakers/excursion/product/exm400/

## Introduction

Welcome to the EXM400, a compact PA system designed to be portable and versatile. Designed with enough features to handle live performances and small DJ gigs, the EXM400 is great choice when a full sized PA may not be appropriate.

Some features of the EXM400 include:

- Easy setup with internally wired speaker poles
- Scalable design allows system to grow to meet your needs
- Expandable with an additional pair of EXM400SAT satellite speakers
- Link port for connecting two EXM400 systems together
- Configurable for mono or stereo operation
- Bluetooth™ connection for streaming audio to the system
- Onboard 4-channel mixer with input settings for mic, guitar and line source
- DSP driven EQ and limiting
- Reverb control
- Multiband limiting for increased system output
- 2 x 75 watt amplifiers for the satellite speakers and 250 watts for the sub
- Clip LEDs on all critical signal inputs
- Balanced stereo line outputs

https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591

| | |
|---|---|
| | **Bluetooth™ Section**<br>The EXM400 is capable of receiving streaming audio over Bluetooth™ from devices such as smartphones and laptops. Pairing your device with the EXM400 is simple and gives you the freedom to play your music wirelessly.<br>**1. Pairing / Bluetooth™ Enable Button**<br>When the Enable Button is depressed, the Bluetooth™ audio connection is available for pairing. Conversely, to block incoming connections or break a current connection, switch to the off position.<br>With the Enable Button depressed, go to the Bluetooth™ menu on your streaming audio device. You will see a device named "YS-####" where #### indicates a four digit number unique to your EXM400. Select this device to initiate pairing. Once you see the "YS-####" device connected, you will be able to stream audio to the EXM400.<br>**2. Bluetooth™ Status Indicator**<br>The blue status indicator alerts the user to the current status of the Bluetooth™ connection. A fast blinking light indicates an available, unpaired connection. Clusters of three short bursts mean there is an active connection. No light means that Bluetooth™ is disabled or a connection has been lost.<br>**3. Bluetooth™ Level Control**<br>Use this control to set the audio level for the Bluetooth™ connection. Level can also be controlled directly at your streaming device.<br>The EXM400's Bluetooth™ operating range is rated for 10 meters (33 feet) line of sight. The quality of the link can be affected by an excess of traffic in the 2.4 GHz bandwidth or structures between the EXM400 and the streaming device.<br><br>https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591 |
| selectively outputting the first signals and the second signals to a playback component wherein the player device and the playback component are separate from one another and wherein both the player device and the playback component are external to the modular audio unit. | The accused product practices selectively outputting the first signals (e.g., audio signals via Stereo input from a portable audio device) and the second signals (e.g., audio content from the Bluetooth paired smartphone) to a playback component (e.g., speakers) wherein the player device (e.g., portable audio device) and the playback component (e.g., speakers) are separate from one another and wherein both the player device and the playback component are external to the modular audio unit (e.g., the accused product).<br><br>As shown below, playback component (e.g., speakers), player device (e.g., portable audio device), and modular audio unit (e.g., the accused product) are all individual separate components. |



**1. Speaker Out Jack**
In order to achieve stereo output with a single EXM400 system, connect the supplied ¼-inch speaker cable between the Speaker Out Jack and the ¼-inch jack on a satellite speaker. This internally switches the output of the sub-mounted satellites from mono summed stereo to left channel output. The speakers attached to the Speaker Out will produce the right channel.

As with speakers connected to the top of the subwoofer, the Speaker Out Jack is capable of driving two satellite speakers max. Full system power is achieved when two satellites are placed on the subwoofer and an additional two satellites are connected to the Speaker Out Jack.

**2. Microphone Stand Adapter**
Included with the EXM400 is an adapter to mount satellite speakers on a standard microphone stand. Simply thread the adapter to a 5/8-inch thread mic stand and place your satellite speakers on the adapter.

*NOTE: If the user wishes to run a stereo system with the subwoofer in the middle, a standard banana to ¼-inch speaker cable can be used to connect the left channel speakers to the port on the top of the subwoofer.*

https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591



https://yorkville.com/loudspeakers/excursion/product/exm400/

## Introduction

Welcome to the EXM400, a compact PA system designed to be portable and versatile. Designed with enough features to handle live performances and small DJ gigs, the EXM400 is great choice when a full sized PA may not be appropriate.

Some features of the EXM400 include:

- Easy setup with internally wired speaker poles
- Scalable design allows system to grow to meet your needs
- Expandable with an additional pair of EXM400SAT satellite speakers
- Link port for connecting two EXM400 systems together
- Configurable for mono or stereo operation
- Bluetooth™ connection for streaming audio to the system
- Onboard 4-channel mixer with input settings for mic, guitar and line source
- DSP driven EQ and limiting
- Reverb control
- Multiband limiting for increased system output
- 2 x 75 watt amplifiers for the satellite speakers and 250 watts for the sub
- Clip LEDs on all critical signal inputs
- Balanced stereo line outputs

https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591

As shown below, the modular unit receives signal from portable audio device in the form of a first signal (e.g., Stereo signal), and also from Bluetooth paired smartphone in the form of the second signal (e.g., received Bluetooth signal).



### Channel 3/4

**1. Input**
Line level signals can be connected to either of the TRS phone jacks or the 1/8-inch stereo input jack on Channel 3/4. The 1/4-inch jacks can accept either balanced or unbalanced signals. If only one of the 1/4-inch jacks is used, the channel self configures for mono playback.

*If a stereo source is connected but the EXM400 is setup in a mono configuration, the signal from Channel 3/4 will automatically be summed to mono.*

**2. Level Control**
The EXM400 features active channel input circuitry with exceptionally high audio headroom. The Level control adjusts the channel gain over an 85 dB range. Use this control to adjust the channel's level in the overall system mix.

**3. Tone Controls**
Channel 3/4 is equipped with a pair of tone controls for enhancing the channel's signal. The treble and bass controls allow for a +/- 6 dB adjustment at 2000 and 110 Hz respectively. When placed at the center position, these controls are bypassed.

https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591

| | |
|---|---|
| | **Bluetooth™ Section**<br><br>The EXM400 is capable of receiving streaming audio over Bluetooth™ from devices such as smartphones and laptops. Pairing your device with the EXM400 is simple and gives you the freedom to play your music wirelessly.<br><br>**1. Pairing / Bluetooth™ Enable Button**<br>When the Enable Button is depressed, the Bluetooth™ audio connection is available for pairing. Conversely, to block incoming connections or break a current connection, switch to the off position.<br><br>With the Enable Button depressed, go to the Bluetooth™ menu on your streaming audio device. You will see a device named "YS-####" where #### indicates a four digit number unique to your EXM400. Select this device to initiate pairing. Once you see the "YS-####" device connected, you will be able to stream audio to the EXM400.<br><br>**2. Bluetooth™ Status Indicator**<br>The blue status indicator alerts the user to the current status of the Bluetooth™ connection. A fast blinking light indicates an available, unpaired connection. Clusters of three short bursts mean there is an active connection. No light means that Bluetooth™ is disabled or a connection has been lost.<br><br>**3. Bluetooth™ Level Control**<br>Use this control to set the audio level for the Bluetooth™ connection. Level can also be controlled directly at your streaming device.<br><br>The EXM400's Bluetooth™ operating range is rated for 10 meters (33 feet) line of sight. The quality of the link can be affected by an excess of traffic in the 2.4 GHz bandwidth or structures between the EXM400 and the streaming device.<br><br>https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591 |
| 19. The method of claim 17 wherein the playback component comprises a speaker. | The playback component utilized by the accused product comprises a speaker. |

| | |
|---|---|
| | **1. Speaker Out Jack**<br>In order to achieve stereo output with a single EXM400 system, connect the supplied ¼-inch speaker cable between the Speaker Out Jack and the ¼-inch jack on a satellite speaker. This internally switches the output of the sub-mounted satellites from mono summed stereo to left channel output. The speakers attached to the Speaker Out will produce the right channel.<br><br>As with speakers connected to the top of the subwoofer, the Speaker Out Jack is capable of driving two satellite speakers max. Full system power is achieved when two satellites are placed on the subwoofer and an additional two satellites are connected to the Speaker Out Jack.<br><br>**2. Microphone Stand Adapter**<br>Included with the EXM400 is an adapter to mount satellite speakers on a standard microphone stand. Simply thread the adapter to a 5/8-inch thread mic stand and place your satellite speakers on the adapter.<br><br>NOTE: If the user wishes to run a stereo system with the subwoofer in the middle, a standard banana to ¼-inch speaker cable can be used to connect the left channel speakers to the port on the top of the subwoofer.<br><br>https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591 |
| 20. The method of claim 17 wherein the second entertainment content is entertainment content received by the inter-unit communication component from a peer system from the one or more peer systems, and selectively outputting comprises outputting the second signals corresponding to the second entertainment content received from the peer system to the playback component. | The second entertainment content is entertainment content (e.g., audio content from the Bluetooth paired smart device) received by the inter-unit communication component from a peer system (e.g., Bluetooth of the accused product for communication with other Bluetooth devices) from the one or more peer systems (e.g., various Bluetooth based devices ), and selectively outputting comprises outputting the second signals (e.g., received Bluetooth signals) corresponding to the second entertainment content (e.g., audio content from the Bluetooth paired smart device) received from the peer system (e.g., the smart device) to the playback component (e.g., speaker connected to speaker out jack). |



https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591



https://yorkville.com/downloads/ownersman/om_exm400.pdf?v=1606744591